*E-Filed 7/1/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA CORNEJO GOMES,<br><br>         Plaintiff,<br><br>    v.<br><br>SILVER STATE MORTGAGE, a Nevada Corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; OLD REPUBLIC DEFAULT MANAGEMENT COMPANY; and DOES 1 through 50, inclusive,<br><br>         Defendants.<br>_____/ | No. 5:09 CV 2340  RS<br><br>**ORDER VACATING SHOW CAUSE HEARING AND MOTION HEARING** |

   **THIS MATTER** is before the Court on a notice of motion and motion to remand filed by defendant Mortgage Electronic Registration Systems (MERS).  MERS has also filed a response to the Order to Show Cause, which the Court filed on June 5, 2009.

   The show cause hearing, currently scheduled for July 8, 2009, is hereby VACATED.

   The motion to remand, which is currently noticed for hearing on July 29, 2009,  is deemed under submission and will be decided based on the papers only.  Accordingly, the July 29, 2009, motion hearing is also VACATED.

   **IT IS SO ORDERED.**

CASE NO. 5:09 CV 2340 RS
ORDER VACATING SHOW CAUSE HEARING AND MOTION HEARING

1 | Dated: 7/1/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

CASE NO. 5:09 CV 2340 RS
ORDER VACATING SHOW CAUSE HEARING AND MOTION HEARING

2